IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DONALD L. BAKER,                              )
                                             )
                    Plaintiff,                )
                                             )
        v.                                    )
                                             )   Civil Action No. 1:20cv1245 (AJT/MSN)
WILBUR L. ROSS, *et al.*,                     )
                                             )
                    Defendants.               )
_____)

## **ORDER**

Pending before the Court is Defendants' Motion to Dismiss [Doc. No. 8] (the "Motion"),

seeking dismissal of this matter pursuant to Federal Rule of Civil Procedure 12(b)(1), 12(b)(4),

12(b)(5), and 12(b)(6).  For the reasons that follow, the Motion is GRANTED and this case is

DISMISSED.

Plaintiff Donald L. Baker is an inventor with a number of pending patent applications in

the United States Patent and Trademark Office ("USPTO").  The Complaint alleges Defendants

Wilbur Ross, in his capacity as Secretary of Commerce, and Andrei Iancu, in his capacity as

Director of the USPTO, engaged in fraud in the evaluation of Plaintiff's patents applications.

*See generally* [Doc. No. 1].  According to Plaintiff, this matter is "so intertwined" with another

matter filed in this Court on November 12, 2020, and styled *Baker v. Raimondo, et al.*, Case No.

1:20-cv-1367, 2021 WL 1381560 (E.D. Va. Mar. 30, 2021) (Hilton, J.), that Plaintiff has

suggested the two cases be combined.[1]  *See* [Doc. No. 7].  Judge Hilton, in fact, agreed that Case

---

[1] Because the Court has already entered an Order dismissing Case No. 1:20-cv-1367 and that matter has been administratively closed in this Court and is now on appeal before the United States Court of Appeals for the Fourth Circuit, *see Baker v. Raimondo*, No. 21-1392 (4th Cir. Apr. 9, 2021), the Court DENIES Plaintiff's request to combine Case Nos. 1:20-cv-1245 and 1:20-cv-1367, but nevertheless issues this Order so that Plaintiff may, if he chooses, seek review of both cases before the Fourth Circuit.

Nos. 1:20-cv-1367 and 1:20-cv-1245 were "effectively identical," when he dismissed Case No. 1:20-cv-1367 on March 30, 2021 for lack of subject matter based on the doctrine of collateral estoppel, finding that it raised "the same allegations and rests on the same issues," *id.* at *1, presented here, in Case No. 1:20-cv-1245, as well as in one filed in the U.S. District Court for the Northern District of Oklahoma, captioned *Baker v. Iancu*, Case No. 19-cv-289, 2019 WL 5395449 (N.D. Okla. Oct. 22, 2019). And the Court agrees. Therefore, upon consideration of the Motion to Dismiss, the materials filed in support thereof and in opposition thereto, and for the reasons stated in the Court's Order filed in Case No. 1:20-cv-1367 at [Doc. No. 15], it is hereby

ORDERED that Defendants' Motion to Dismiss [Doc. No. 8] be, and the same hereby is, GRANTED and this case is hereby DISMISSED.

**This is a Final Order for the purposes of appeal.** To appeal, Defendant must file a written notice of appeal with the Clerk's Office within sixty (60) days of the date of this Order. A written notice of appeal is a short statement stating a desire to appeal this Order and noting the date of the Order Defendant wants to appeal. Defendant need not explain the grounds for appeal until so directed by the court.

The Clerk is directed to forward copies of this Order to all counsel of record and to the *pro se* Plaintiff at the address on file.

_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
April 27, 2021