# United States Court of Appeals for the Federal Circuit

---

**DONALD L. BAKER,**
*Plaintiff-Appellant*

**v.**

**GINA M. RAIMONDO, SECRETARY OF COMMERCE, KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Defendants-Appellees*

---

2021-1961

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:20-cv-01245-AJT-MSN, Judge Anthony J. Trenga.

--------------------------------------------------

**DONALD L. BAKER,**
*Plaintiff-Appellant*

**v.**

**GINA M. RAIMONDO, SECRETARY OF COMMERCE, ANDREW I. FAILE, ACTING COMMISSIONER FOR PATENTS, U.S. PATENT AND TRADEMARK OFFICE (USPTO), KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND**

**TRADEMARK OFFICE, ROBIN O. EVANS, DIRECTOR, TC 2800, USPTO, ELGIN ENAD, SUPERVISORY PE, ART UNIT 2837, USPTO, DAVID S. WARREN, PE, ART UNIT 2837, USPTO, MARLON T. FLETCHER, PE, ART UNIT 2837, USPTO, DANIEL SWERDLOW, ART UNIT 3649, USPTO,**

*Defendants-Appellees*

**UNKNOWN EMPLOYEES OF THE DEPARTMENT OF COMMERCE AND USPTO,**

*Defendant*

———————————

2021-2116

———————————

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:20-cv-01367-CMH-MSN, Senior Judge Claude M. Hilton.

———————————

**JUDGMENT**

———————————

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

June 13, 2022          /s/ Peter R. Marksteiner
   Date                   Peter R. Marksteiner
                          Clerk of Court